UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

NOV 04 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

KEVIN KIMMEL and RALPH KEYES,
on behalf of themselves and
those similarly situated,

    Plaintiffs,

  v.

VENTURE CONSTRUCTION COMPANY,

    Defendant.

CIVIL ACTION

NO. 1:10-CV-1388-RLV

## ORDER

This matter comes before the court on the parties' joint motion to approve their FLSA dispute [Doc. No. 69].

Having reviewed the parties' joint motion, the court concludes that this matter was a *bona fide* dispute and that settlement is a fair and reasonable resolution of that dispute. Furthermore, the court concludes that the payment to the plaintiffs represents a settlement amount equal to or in excess of the relief that the plaintiffs claimed in their FLSA complaint. Therefore, the parties' joint motion [Doc. No. 69] is GRANTED. All other pending motions [Doc. Nos. 17, 21, and 35] are DENIED as moot.

SO ORDERED, this 4th day of November, 2010.

_____
ROBERT L. VINING, JR.
Senior United States District Judge